IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. __1:23-CV-111-GNS__

Removed from Hart Circuit Court
Civil Action No. 23-CI-00123

WALTER WILCOXSON                                                                                PLAINTIFF

v.                                             **NOTICE OF REMOVAL**

PRINCIPAL LIFE INSURANCE COMPANY                                                DEFENDANT

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Principal Life Insurance Company ("Principal"), by and through its undersigned counsel, hereby removes this action from the Circuit Court of Hart County, Commonwealth of Kentucky, where the case is currently pending, to the United States District Court for the Western District of Kentucky, Bowling Green Division. As grounds for removal, Principal states as follows:

### STATE COURT ACTION

1. This action was commenced on August 1, 2023 in the Circuit Court of Hart County, Commonwealth of Kentucky, titled *Walter Wilcoxson v. Principal Life Insurance Company*, Case No. 23-CI-00123 (hereinafter referred to as the "State Court Action").

2. Plaintiff's State Court Action seeks a declaration that Principal was not entitled to rescind Policy Number 7180760, an individual Disability Income Insurance

Policy ("the Policy") issued to Plaintiff by Principal with a Policy Date of March 22, 2022, and a Maximum Monthly Benefit of $7,645.

3. Plaintiff's Complaint alleges that "Principal concluded there was no coverage and *rescinded* the policy as follows: 'We have determined that the Policy is rescinded (terminated as of the policy date) due to the material misstatements and omissions on your application.'" (Complaint, ¶ 11) (emphasis in original).

## PROCEDURAL REQUIREMENTS

4. Principal has satisfied all procedural requirements of 28 U.S.C. § 1446 and thereby removes the State Court Action to the United States District Court for Western District of Kentucky, Bowling Green Division, pursuant to 28 U.S.C. §§ 1332 and 1441.

5. <u>Removal to Proper Court</u>. Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(a), this Notice of Removal is being filed in the United States District Court for the Western District of Kentucky, Bowling Green Division, which is part of the "district and division" embracing the place where this action was filed – Hart County, Kentucky.

6. <u>Removal Is Timely</u>. Plaintiff served a copy of the Summons and Complaint on Principal via its registered agent on August 3, 2023. A copy of the Notice of Service of Process is attached as **Exhibit A**. Principal has therefore removed the State Court Action within the 30-day time period provided in § 1446(b)(1).

7. <u>Signature</u>. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

8. <u>Pleadings and Process</u>. True and correct copies of all documents filed in the

State Court Action are attached hereto as **Exhibit B**.

9. Notice. A copy of this Notice of Removal will be filed with the clerk of the Circuit Court of Hart County, Commonwealth of Kentucky, as required by 28 U.S.C. § 1446(d).

### STATUTORY REQUIREMENTS – 28 U.S.C. § 1331

10. This Court has Jurisdiction. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because: (a) Plaintiff is a citizen of the Commonwealth of Kentucky, residing in Hart County, Kentucky, (b) Principal is organized and existing under the laws of the State of Iowa with its principal place of business in Des Moines, Iowa, and (c) the amount in controversy exceeds $75,000, exclusive of interest and costs. In that regard, the amount in controversy equals the total value of the Policy. *See Massachusetts Cas. Ins. Co. v. Harmon*, 88 F.3d 415, (6th Cir. 1996) ("The clear federal rule is that where the validity of an insurance policy containing disability benefit provisions is involved in a diversity action in a federal district court, future potential benefits may be considered in computing the requisite jurisdictional amount") (cleaned up); *Button v. Mut. Life Ins. Co. of New York*, 48 F. Supp. 168, 171 (W.D. Ky. 1943) (full value of policy in controversy in "actions brought by an insurance company to cancel one of its policies by reason of fraud" or "actions in which the validity of the entire contract is in question").

The Total value of the Policy is $666,929.67. This figure represents monthly disability benefits in the amount of $7,645 from March 31, 2023 (90 days after Plaintiff's claimed disability date per the Policy's Elimination Period) through the Maximum Benefit

Period "To Age 65 Policy Anniversary," which is March 24, 2034, reduced to present value. The present value calculation makes assumptions for the morbidity and mortality based on a modification of the 1985 CIDA Valuation Table and an interest assumption based on date of disability.

11. Consequently, this matter is removable under 28 U.S.C. §1441(a) and (b).

12. Principal is filing concurrently herewith a copy of this Notice of Removal with the clerk of the Circuit Court of Hart County, Commonwealth of Kentucky, thereby effecting removal pursuant to 28 U.S.C. § 1446(d).

13. Principal is filing concurrently herewith the civil cover sheet and has made payment of the required filing fee.

14. Accordingly, this Court has jurisdiction over this action which should proceed as an action properly removed to it.

15. Principal submits this Notice of Removal without waiving defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

## CONCLUSION

WHEREFORE, Defendant Principal Life Insurance Company respectfully requests the above-captioned action now pending in the Circuit Court of Hart County, Commonwealth of Kentucky, be removed to the United States District Court for the Western District of Kentucky, Bowling Green Division, and that the United States District Court for the Western District of Kentucky, Bowling Green Division assume jurisdiction

of this action and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

This 23rd day of August, 2023.

Respectfully submitted,

/s/ Robert L. Steinmetz
Robert L. Steinmetz
rsteinmetz@gsblegal.com
Christopher M. Mussler
cmussler@gsblegal.com
Gwin Steinmetz & Baird PLLC
401 West Main Street, Suite 1000
Louisville, Kentucky 40202
(502) 618-5700
*Counsel for Principal Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a copy to:

Michael D. Grabhorn, m.grabhorn@grabhornlaw.com
Andrew M. Grabhorn, a.grabhorn@grabhornlaw.com

s/Robert L. Steinmetz