Filed     23-CI-00123     08/01/2023     Kayla Rountree, Hart Circuit Clerk

| AOC-104 Doc. Code: CCCS<br>Rev. 6-23<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice   www.kycourts.gov | <br><br>**CIVIL CASE COVER SHEET** | Case No.: _____<br>Court: Circuit<br>County: Hart<br>Division: _____ |
|---|---|---|

**PLAINTIFF/PETITIONER** *OR* **IN RE/IN THE INTEREST OF:**
WALTER WILCOXSON

**DEFENDANT/RESPONDENT**, *if applicable*:
PRINCIPAL LIFE INSURANCE COMPANY

☐ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
(a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:** Place a "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
☐ Dissolution/Divorce with Children (DISSOC)
☐ Dissolution/Divorce without Children (DISSO)
☐ Paternity (PA)
☐ Custody (CUSTO)
☐ Child Support IV-D (SUPIV)
☐ Child Support Private Non IV-D (SUPPRI)
☐ URESA/UIFSA (UR)
☐ Visitation/Parenting Time (VISIT)
☐ Voluntary Termination of Parental Rights (VTPR)
☐ Involuntary Termination of Parental Rights (ITPR)
☐ Adoption (ADPT)
☐ Other: (DFOTH) _____

**PROBATE / ESTATE**
☐ Guardianship-Adult (GCADLT)
☐ Guardianship-Juvenile (GCJUV)
☐ Adult Conservatorship - Trusteeship (CONSVA)
☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
☐ Probate-Testate (with a will) (PBTEST)
☐ Probate-Intestate (without a will) (PBINT)
☐ Petition to Dispense with Administration (PBDIS)
☐ Name Change (NC)
☐ Will Contest (WC)
☐ Other: (PBOTH) _____

**TORT (Injury)** *eFile Only*
☐ Automobile (AUTO)
☐ Intentional (INTENT)
☐ Malpractice-Medical (MDML)
☐ Malpractice-Other (MLOTH)

☐ Premises Liability (PREM)
☐ Product Liability (PROD)
☐ Property Damage (PD)
☐ Slander/Libel/Defamation (SLAND)
☐ Other: (PIOTH)

**REAL PROPERTY**
☐ Abandoned and Blighted Property Conservatorship (PC) *eFile Only*
☐ Property Rights (PR) *eFile Only*
☐ Condemnation (DOMAIN)
☐ Forcible Detainer - Eviction (FD) *eFile Only*
☐ Forcible Entry (FENTRY)
☐ Foreclosure (FCL) *eFile Only*
☐ Other: (COOTH) *eFile Only*

**EMPLOYMENT** *eFile Only*
☐ Employment-Discrimination (DSCR)
☐ Employment-Other (DISPU)

**CONSUMER** *eFile Only*
☐ Seller Consumer Goods (DEBTG)
☐ Seller Consumer Services (DEBTS)
☐ Buyer Consumer Goods (BUYERG)
☐ Buyer Consumer Services (BUYERS)
☐ Credit Card Debt (CREDIT)
☐ Fraud (FRAUD)
☒ Other: (COOTH) Declaratory Judgment

**APPEALS**
☐ Appeal from Administrative Agency (AB)
☐ Appeal from District Court (XI)
☐ Other: (OTH) _____

**MISC CIVIL**
☐ Constitutional Challenge (CCHAL)
☐ Habeas Corpus (HABEAS)
☐ Non-Domestic Relations Restraining Order (IP)
☐ Tax (TAX)
☐ Writs (WRITS)
☐ Other: (OTH) _____

**BUSINESS/COMMERCIAL** *eFile Only*
☐ Business Tort (BCPI)
☐ Statutory Action (BCSA)
☐ Business Contract Dispute (BCCO)
☐ Other: (BCOTH) _____

Filed     23-CI-00123     08/01/2023     Kayla Rountree, Hart Circuit Clerk

Presiding Judge: HON. CHARLES C. SIMMS, III (610193)

5DD38470-D314-42B5-B271-938D673ED7A1 : 000005 of 000008

CCCS : 000001 of 000001

Filed        23-CI-00123    08/01/2023        Kayla Rountree, Hart Circuit Clerk

| AOC-105  Doc. Code: CI | | Case No. _____ |
|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice  www.courts.ky.gov CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Court ☑ Circuit ☐ District  County  Hart |

**PLAINTIFF**

WALTER WILCOXSON

VS.

**DEFENDANT**

PRINCIPAL LIFE INSURANCE COMPANY

**Service of Process Agent for Defendant:**

Principal Life Insurance Company

c/o Corporation Service Company

421 West Main Street

Frankfort                                                      Kentucky                    40601

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____, 2____        _____ Clerk

                                                    By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.

                            Served by: _____

                                           _____ Title

---

Filed        23-CI-00123    08/01/2023        Kayla Rountree, Hart Circuit Clerk

Presiding Judge: HON. CHARLES C. SIMMS, III (610193)

NO : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **23-CI-00123**<br>Court:  **CIRCUIT**<br>County: **HART** |

*Plantiff,* **WILCOXSON, WALTER VS. PRINCIPAL LIFE INSURANCE COMPANY**, *Defendant*

TO: **PRINCIPAL LIFE INSURANCE COMPANY**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Kayla Lowther*
Hart Circuit Clerk
Date: 8/1/2023

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____          Served By _____

                                     Title _____

Summons ID: @00000066938
CIRCUIT: 23-CI-00123 Return to Filer for Service
WILCOXSON, WALTER VS. PRINCIPAL LIFE INSURANCE COMPANY



Page 1 of 1

 eFiled

Filed     23-CI-00123    08/01/2023     Kayla Rountree, Hart Circuit Clerk

## COMMONWEALTH OF KENTUCKY
## HART CIRCUIT COURT
### DIVISION _____
### CASE NO. _____

| | |
|---|---|
| **WALTER WILCOXSON,**<br><br>               **Plaintiff,**<br>v.<br><br>**PRINCIPAL LIFE INSURANCE COMPANY,**<br><br>               **Defendant.** | **COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>*Jury Trial Requested* |

### Introduction

1. Plaintiff Walter Wilcoxson ("Plaintiff" or "Mr. Wilcoxson") seeks a declaratory judgment determining whether Defendant Principal Life Insurance Company properly rescinded an insurance policy providing disability coverage.

2. The headings contained in this Complaint are intended only to assist in reviewing the statements and allegations contained herein. To avoid unnecessary repetition in each section, Mr. Wilcoxson affirms and incorporates each paragraph in each section of this Complaint where necessary as though fully set forth therein.

3. The factual allegations contained in this Complaint are *not* exhaustive and are provided only to provide Defendant with notice of the basis for Mr. Wilcoxson's claim for declaratory judgment.[1]

---

[1] *See Equitania Ins. Co. v. Slone & Garrett, P.S.C.*, 191 S.W.3d 552, 556 (Ky. 2006) ("Kentucky has always followed the notice pleading theory which only requires a short and plain statement of claim demonstrating that relief is warranted and necessary.").

Filed     23-CI-00123    08/01/2023     Kayla Rountree, Hart Circuit Clerk

### Jurisdiction & Venue

4. Mr. Wilcoxson's complaint is properly before the Court pursuant to KRS 418.040 and CR 57, which allow him to seek a declaration of his rights if an actual controversy exists.

5. Venue is proper in this Court as follows:

   a. Defendant's actions occurred in Hart County; and

   b. Mr. Wilcoxson resides in Hart County.[2]

### Parties

6. Plaintiff Walter Wilcoxson is a resident of Hart County. At all times relevant to this Complaint, Mr. Wilcoxson resided at 475 Short Cut Road, Horse Cave, Kentucky.

7. Defendant Principal Life Insurance Company ("Principal") is the insurer for the disability insurance policy at issue in this lawsuit. Principal's statutory home office is located at 711 High Street Des Moines, IA 50392. At all relevant times, Principal was an insurance company operating within and throughout the Commonwealth of Kentucky under DOI ID 300129, FEIN Number 420127290, and NAIC Number 61271. Principal's agent for service of process is Principal c/o Corporation Service Company, 421 West Main Street Frankfort, KY 40601.

### General Factual Allegations

8. Effective March 22, 2022, Mr. Wilcoxson became insured under an insurance policy underwritten and issued by Principal in Kentucky.

9. In December 2022, Mr. Wilcoxson became disabled under the terms of the insurance policy and submitted a claim for benefits.

10. Mr. Wilcoxson submitted his claim to Principal for the insurance policy's

---

[2] *See* KRS 304.14-380.

disability benefits.

11. In response to Mr. Wilcoxson's claim, by letter dated June 13, 2023, Principal concluded there was no coverage and *rescinded* the policy stating as follows: "We have determined that the Policy is rescinded (terminated as of the policy date) due to the material misstatements and omissions on your application."

## Claim for Declaratory Relief

12. The insurance policy constitutes a written contract.

13. As an insured under the insurance policy, Mr. Wilcoxson is entitled to apply for and secure a declaration of his rights or duties, even though no consequential or other relief is requested.

14. Mr. Wilcoxson seeks a declaration of his rights under the insurance policy—that Principal is not entitled to rescind the insurance policy and that his coverage remains in effect.

## Prayer for Relief

**Wherefore**, Mr. Wilcoxson respectfully requests the Court grant him the following relief:

15. Enter declaratory judgment against Principal, and in favor of Mr. Wilcoxson;

16. Have a jury resolve any disputed facts; and

17. Place the burden of proof on Principal.

\* \* \* \* \* \* \* \* \*

Date: August 1, 2023

Respectfully Submitted,

/s/ Michael D. Grabhorn

**Grabhorn Law | Insured Rights®**

Michael D. Grabhorn (KBA 89842)
*m.grabhorn@grabhornlaw.com*
Andrew M. Grabhorn (KBA 96477)
*a.grabhorn@grabhornlaw.com*
2525 Nelson Miller Parkway, Suite 107
Louisville, KY 40223
p (502) 244-9331
f (502) 244-9334

***Attorneys for Plaintiff Walter Wilcoxson***

5DD38470-D314-42B5-B271-938D673ED7A1 : 000004 of 000008

Presiding Judge: HON. CHARLES C. SIMMS, III (610193)

COM : 000004 of 000004